**Order filed March 26, 2020.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-20-00004-CV

————————

**NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY, LTD., D/B/A NORTH CYPRESS MEDICAL CENTER AND DR. OZOCHUKWU ODILI, Appellants**

**V.**

**RANDY  WHITE, Appellee**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2019-14054**

## ORDER

The reporter's record in this accelerated appeal was due **January 27, 2020**. *See* Tex. R. App. P. 35.1.  We have issued two orders to **Amanda King**, the court reporter, to file the record. The last order directed Amanda King to file the

reporter's record by March 16, 2020. The record has not been filed. No communication from **Amanda King** has been received.

We order **Amanda King** to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.